UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Davon Williams

                        Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

13  -CR- 580( 01 ) (JMF  )

Defendant _____Davon Williams_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/Davon Williams
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Davon Williams
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

____Inga L. Parsons_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 2, 2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

SDNY CJA 23 (Rev. 3/20)

IN THE UNITED STATES [X] DISTRICT COURT [ ] COURT OF APPEALS [ ] OTHER (Specify below)

IN THE CASE OF: United States v. Davon Williams
FOR: VOSR
AT: SDNY

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Davon Williams

- 1 [ ] Defendant - Adult
- 2 [ ] Defendant - Juvenile
- 3 [ ] Appellant
- 4 [ ] Probation Violator
- 5 [X] Supervised Release Violator
- 5 [ ] Habeas Petitioner
- 7 [ ] 2255 Petitioner
- 8 [ ] Material Witness
- 9 [ ] Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge:
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box): VOSR (original offense 21 usc 846) [X] Felony [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? [ ] Yes [X] No [ ] Self-Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment? 12/2019
- How much did you earn per month? $ 1,000.00
- If married, is your spouse employed? [ ] Yes [ ] No
- IF YES, how much does your spouse earn per month? $ ___
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
- IF YES, give the amount received and identify the sources

**CASH**
Do you have any cash on hand or money in savings or checking accounts? [ ] Yes [X] No IF YES, total amount? $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
- IF YES, give value and description for each

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: [✓] Single [ ] Married [ ] Widowed [ ] Separated or Divorced
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: 3 kids

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| live with mom | $ | $ |
| food stamps | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/Davon Williams
Date: 09/02/2020

FD/CJA/RET ATTORNEY: Inea L. Parsons (PRINT)

ASSISTANT UNITED STATES ATTORNEY (PRINT): ___

[X] APPROVED

SIGNATURE OF JUDICIAL OFFICER: JAMES L. COTT, United States Magistrate Judge
DATE: September 2, 2020