

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2021

**BY ECF & ELECTRONIC MAIL**

The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Davon Williams*, 13 Cr. 580 (JMF)

Dear Judge Furman:

    The parties write jointly, pursuant to the Court's March 31, 2021 Order, regarding the conference in the above-captioned violation of supervised release ("VOSR") proceedings currently scheduled on April 12, 2021 at 2:15 p.m. (the "April 12 Conference"). The parties are continuing discussions regarding a possible resolution of the VOSR specifications filed against the defendant. To facilitate those ongoing discussions, the parties jointly request an adjournment of the April 12 Conference for a period of approximately 30 days.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                  United States Attorney for the
                                  Southern District of New York

                         By: _____/s/_____
                               Christopher J. DiMase
                               Assistant United States Attorney
                               (212) 637-2433

cc:    David Stern, Esq. (by ECF and electronic mail)
        U.S. Probation Officer Michael Nicholson (by electronic mail)

Application GRANTED. The conference is hereby ADJOUNRED to May 24, 2021, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #301. SO ORDERED.

*[signature]*

April 5, 2021