# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
JEREMY SCHNEIDER  　　　　　　　　　　　　　　　　　　　Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
―――――
RACHEL PERILLO

May 20, 2021

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　Re:　United States v. Davon Williams
　　　　　　 13 Cr. 580(JMF)

Dear Judge Furman:

　　I am the attorney for Mr. Williams, the defendant in the above-referenced matter. I write with the consent of the Government, by AUSA Christopher DiMase, seeking an adjournment of Mr. William's plea, presently scheduled for May 24th, 2021, to a date and time during the week of May 31st, 2021, convenient to the Court. This adjournment will allow Mr. Williams to enter a guilty plea in person or by video conference.

　　If you have any questions regarding this application please contact my office.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　David Stern

Application GRANTED. The violation of supervised release is hereby ADJOURNED to June 2, 2021, at 12:00 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The Clerk of Court is directed to terminate Doc. #307. SO ORDERED.

May 20, 2021